ORDER ON ORAL MOTION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BYRON HALSEY, | : | |
| | : | No. 09-cv-1138 (DMC) (MF) |
| Plaintiff, | : | |
| | : | |
| v. | : | SECOND AMENDED PRETRIAL |
| | : | SCHEDULING ORDER |
| FRANK PFEIFFER et al., | : | |
| | : | |
| Defendants | : | |
| | : | |

THIS MATTER having come before the Court at the joint request of all parties, and for good cause shown,

It is this __3/2__ day of ~~October~~ *November*, 2010, hereby ORDERED that the Court's Order dated June 16, 2010 (Doc. No. 75, filed June 17, 2010), is hereby amended in the following respects:

I. **Disclosures Under Rule 26**

Completed.

II. **Discovery**

　A. **Written Discovery Requests**

Ongoing.

　B. **Depositions**

The parties shall endeavor to complete all depositions by February 28, 2011. The parties shall report to the Court on or before January 31, 2011, with their positions as to whether they will require more time to conduct depositions.

III. **Future Conferences**

The Court shall ~~schedule a status/settlement conference at the conclusion of the period for fact discovery.~~

*There shall be a telephone status conference on February 1, 2011 at 10:00 a.m.*

IV. Experts

All affirmative expert reports are to be exchanged by April 15, 2011, and all responding reports shall be exchanged by May 31, 2011. Thereafter, depositions, if any, of these experts shall be conducted by July 15, 2011.

All other provisions of the Court's Orders of August 18, 2009 and June 16, 2010 shall remain in effect.

MARK FALK
United States Magistrate Judge