IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BYRON HALSEY,

          Plaintiff,

v.

FRANK PFEIFFER and RAYMOND LYNCH,

          Defendants

No. 09-cv-1138 (CCC) (MF)

## ORDER

AND NOW this ___8___ day of ___July___, 2015, upon the Court's review of the Settlement Terms Sheet executed by the parties and approved by the parties' chosen Mediator, the Honorable John J. Hughes (Ret.), and pursuant to N.J. Rule 1:21-7(c)(5) and 1:21-7(f), **IT IS ORDERED** that the proceeds of the parties' gross settlement of $12,515,200.00 shall be paid as follows:

| | |
|---|---|
| Neufeld, Scheck & Brustin ("NSB") Disbursements: | $88,105.62 |
| Kairys, Rudovsky, Messing & Feinberg ("KRMF") Disbursements: | $24,221.02 |
| One-Third Contingent Fee (on First $12,500,000.00 of Gross Settlement), Divided Among Plaintiff's Counsels' Firms as Follows: | |
|     NSB (62.5%): | $2,580,765.28 |
|     KRMF (32.5%): | $1,341,997.95 |
|     Loughlin & Latimer (5%): | $206,461.22 |

| | |
|---|---|
| Net Payment to Byron Halsey (Paid on the Schedule and in the Manner Provided in the Parties' Settlement Terms Sheet) | $8,273,648.91 |

BY THE COURT:

_____
**CLAIRE C. CECCHI, U.S.D.J.**